■ ALVORD & SWIFT, INC., Respondent, v METROPOLITAN MUSEUM OF ART, Appellant. — Appeal from order of the Supreme Court, New York County (David H. Edwards, Jr., J.), entered September 22, 1983, denying defendant's motion for a protective order, and granting plaintiff's cross motion to compel production of a certain audit, is dismissed as moot, without costs. ¶ It appears from respondent's brief, without contradiction, that after this court, by order dated October 13, 1983, denied appellant's motion for a stay of the order appealed from, appellant produced the materials which are the subject of this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Silverman and Fein, JJ.

(Republished)

■ JOHN CRANE, v CITY OF NEW YORK et al. — Motion, insofar as it seeks modification or reargument of the order of this court entered on March 6, 1984 (99 AD2d 963), denied, and, insofar as it seeks correction of said order, the motion is granted to the extent of recalling and resettling said order so as to reflect the proper papers appealed from and their respective correct dates, as indicated in the resettled order of this court. Concur — Ross, J. P., Carro, Bloom, Milonas and Alexander, JJ.